IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL CREWS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. 16-cv-00265-JPG |

## **MEMORANDUM AND ORDER**

Administrative Order 176 provides that the Federal Public Defender's Office for the Southern District of Illinois (FPD) shall be appointed to handle motions to vacate or correct sentence based on *Johnson v. United States*, -- U.S. -- , 135 S. Ct. 2551 (2015) (holding that an increased sentence under the residual clause of the Armed Career Criminal Act, 18 U.S.C. § 924(e) violates the right to due process). The case at bar is a 28 U.S.C. § 2255 based on *Johnson* as applied to the career offender guideline U.S.S.G. § 4B1.2(a)(2), which uses the same clause that was found unconstitutionally vague in the ACCA.

Therefore, pursuant to Administrative Order 176, the FPD is **APPOINTED** to represent the Petitioner in this matter. The Court assumes that the Petitioner financially qualifies for appointment of counsel based on the financial affidavit in his criminal proceedings and his subsequent and continuing incarceration. Upon entry of appearance, the Court **DIRECTS** the Clerk of Court to give the FPD sealed access to documents relating to the defendant. The FPD is **DIRECTED** to file an amended 28 U.S.C. § 2255 petition no later than 60 days after his entry of appearance.

The Court notes that this is a successive § 2255 petition and the United States Court of Appeals for the Seventh Circuit has authorized this Court to consider his claim.  A copy of the order authorizing the district court to entertain the successive motion was filed in *USA v. Crews*, 96-cr-40025-JPG (Doc. 56). The FPD is **DIRECTED** to review and address the appellate court's order in amended 28 U.S.C. § 2255 petition.  For ease of reference, the Clerk of Court is **DIRECTED** file a copy of the appellate court's order (Doc. 56) in this matter.

The Government's response to 28 U.S.C. § 2255 petition is **STAYED** until such time as the Court directs the Government to respond to the amended petition.

**IT IS SO ORDERED.**

**DATED:**  3/15/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**