## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL CREWS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Civil Case No. 16-cv-00265-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Paul Crews' amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is granted; that judgment is entered in this case in favor of petitioner Paul Crews and against respondent United States of America; and that the judgment against Paul Crews in Criminal Case No. 96-cr-40025-JPG (Doc. 47 in criminal case) with regard to sentencing is vacated and that Paul Crews shall be resentenced.

**DATED:** 9/26/2016　　　　　　　　　　　　　**Justine Flanagan**
　　　　　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　　*s/Tina Gray*, **Deputy Clerk**


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**